Clarence PARSONS, alias Woodrow Holbrook, and Arthur Parsons v. UNITED STATES.

No. 9457.

Circuit Court of Appeals, Sixth Circuit.

Oct. 18, 1943.

Augustus Beall, Jr., and Edward Hoover, both of Cincinnati, Ohio, for appellants.

Calvin Crawford, of Dayton, Ohio, for the United States.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs and arguments of counsel, and upon consideration thereof the court finds and adjudges that there is no reversible error in the record.

It is therefore ordered and adjudged that the judgments and sentences appealed from be, and the same are in all things, affirmed.

Jordan C. SKINNER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 9445.

Circuit Court of Appeals, Sixth Circuit.

Oct. 14, 1943.

John M. Cole and Cole & Hodge, all of Springfield, Ohio, for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, B. D. Daniels, Helen Carloss, and Louise Foster, all of Washington, D. C., for respondent.

Before HICKS, HAMILTON, and McALLISTER, JJ.

PER CURIAM.

This cause was heard upon the transcript of record, briefs and arguments of counsel, and on consideration whereof it is ordered and adjudged that the decision of the United States Board of Tax Appeals, 47 B.T.A. 624, herein sought to be reviewed, be, and the same is in all things, affirmed upon the grounds and for the reasons set forth in the opinion of the Board filed August 21, 1942.

UNITED STATES of America v. CITY OF DETROIT, Michigan; County of Wayne, Michigan; Mabel E. Barden; Milo R. Houghten, Individually and as Adm'r of the Estate of Robert Houghton, Deceased; State of Michigan; State Land Office Board; Vernon J. Brown, Both as Auditor General of the State of Michigan and as Chairman of said State Land Office Board; Briggs Manufacturing Co.

No. 9488.

Circuit Court of Appeals, Sixth Circuit.

Oct. 18, 1943.

Paul E. Krause, John G. Dunn, William E. Dowling, Robert M. Drysdale, and Beaumont, Smith & Harris, all of Detroit, Mich., and Herbert J. Rushton, Peter E. Bradt, and Elbern Parsons, all of Lansing, Mich., for appellees.

John C. Lehr and Arnold W. Lungerhausen, both of Detroit, Mich., for the United States.

Before SIMONS, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

It appearing by brief, argument and concession on the part of the appellant that the legal issue involved, namely, the validity of a tax lien of the United States without full compliance with the statute of the State of Michigan requiring the lien, upon recording, to specifically describe real estate belonging to the taxpayer, is the same as the issue decided adversely to the appellant in United States v. Maniaci, 116 F. 2d 935, wherein we adopted the reasoning of the District Court for the Western District of Michigan in an opinion reported in 36 F.Supp. 293, and the court not being persuaded by brief and argument that our decision in that case was unsound and not in accordance with law, it is ordered that the decision below be, and it is hereby, affirmed.